

# NUMBER 13-18-00048-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

FIRST UNITED METHODIST
CHURCH,                                                          Appellant,

v.

CHURCH MUTUAL INSURANCE
COMPANY, BLAKE MEARS,
ZACHARY PIERCE AND LEADING
EDGE CLAIMS SERVICE,                                            Appellees.

### On appeal from the 414th District Court
### of McLennan County, Texas.

# ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Hinojosa and Tijerina
### Order Per Curiam

Appellant First United Methodist Church filed this appeal on December 29, 2017 complaining that the trial court improperly determined that its causes of action against appellee Church Mutual Insurance Company were not viable because appellee paid an appraisal award to appellant. The parties timely submitted their briefs in this matter. On June 28, 2019, appellant notified the Court that on that day, the Texas Supreme Court handed down its opinions in *Barbara Technologies Corp. v. State Farm Lloyds*, No. 17-0640, 2019 WL 2710089, ___ S.W.3d ___ (Tex. June 28, 2019) and *Ortiz v. State Farm Lloyds*, No. 17-1048, 2019 WL 2710032, ___ S.W.3d ___ (Tex. June 28, 2019). Texas Rule of Appellate Procedure 38.7 provides that "[a] brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe." Tex. R. App. P. 38.7. Given the dimension of the issues raised in this case, the Court has determined that additional briefing is necessary. Accordingly, the Court hereby requests supplemental briefing from the parties regarding the effect of *Barbara Technologies Corp. v. State Farm Lloyds*, and *Ortiz v. State Farm Lloyds*, have on this case. Appellant's supplemental brief shall be filed within twenty-one days from the date of this order, and appellee's supplemental brief, if any, shall be filed within fourteen days thereafter. This appeal is abated and removed from the Court's active docket until receipt of the requested briefing.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
28th day of October, 2019.